## AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT**  
**NORTHERN DISTRICT OF ILLINOIS**

Case #: 18 cv 2387

**Sunil Bhatia**

Plaintiff

vs.

**Raju Vaswani**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons on A Third-Party Complaint; Third-Party Complaint**

PARTY SERVED: **VARSHA BHATIA**

PERSON SERVED: **SUNIL BHATIA, SPOUSE**

METHOD OF SERVICE: **Substitute** - By leaving copies of the above referenced documents at the defendant's usual place of abode, with some person of the family or a person residing there, of required age by statute and informing that person of the contents thereof. I also mailed a copy in a sealed envelope with the postage fully prepaid addressed to the defendant on **6/7/2018**.

DATE & TIME OF DELIVERY: **06/06/2018 at 2:12 PM**

ADDRESS, CITY AND STATE: **31 BAKER LANE, NAPERVILLE, IL 60565**

DESCRIPTION: **Middle Eastern, Male, 48, 5'09", 180 lbs, Black/Balding hair and was wearing glasses**

I declare under penalties of perjury that the information contained herein is true and correct.

Gregory Piazza Lic # 117-001719
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 505
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me on the 7th day of June, 2018.

Joan C. Harenberg
NOTARY PUBLIC

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/28/21

CLIENT: **Huck Bouma PC**  
FILE #: **32474-1**

Tracking #: **378881**

AO 441 (Rev. 07/10) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

|  |  |
|---|---|
| *Plaintiff*<br>v.<br>*Defendant, Third-party plaintiff*<br>v.<br>*Third-party defendant* | )<br>)<br>) Civil Action No.<br>)<br>)<br>)<br>)<br>) |

**SUMMONS ON A THIRD-PARTY COMPLAINT**

To: *(Third-party defendant's name and address)*

A lawsuit has been filed against defendant _____, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff _____.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

equired to – respond to it.



May 31, 2018

(B                                           DATE

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: