32474-1

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SUNIL BHATIA, individually and derivatively on behalf of MEDVALUE OFFSHORE SOLUTIONS, INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case Number: 1:18-cv-2387 Hon. Beth W. Jantz |
| Plaintiff, | | |
| v. | | |
| RAJU VASWANI, an individual, KARAN VASWANI, an individual, ASSIVO, INC. (f/k/a MV OUTSOURCING, INC.), an Illinois Corporation, | | |
| Defendants. | | |

**CERTIFICATE OF SERVICE**

I, Natalie White, certify as follows under penalty of perjury this 16th day of June, 2020:

1. I filed this **Certificate of Service** by filing it with the Clerk of the Court via electronic means on June 16, 2020.

2. I served this **Certificate of Service** and **Defendant, Raju Vaswani's, Verification for His Response to Mandatory Initial Discovery Requests,** on all parties via email.

By: /s/ Natalie White

Thomas A. Christensen (ARDC No. 6215881)
Jenna N. Wadulak (ARDC No. 6309859)
HUCK BOUMA PC
1755 S. Naperville Road
Suite 200
Wheaton, Illinois 60189
(630) 221-1755
tchristensen@huckbouma.com
jwadulak@huckbouma.com