**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SUNIL BHATIA, derivatively on behalf of MEDVALUE OFFSHORE SOLUTIONS, INC., | Case No. 1:18-cv-02387 |
| Plaintiff, | |
| | Honorable Robert M. Dow |
| v. | Magistrate Judge Beth W. Jantz |
| RAJU VASWANI, an individual, KARAN VASWANI, an individual, ASSIVO, INC. (f/k/a MV OUTSOURCING, INC.), an Illinois Corporation, | JURY TRIAL DEMANDED |
| Defendants, | |
| and | |
| MEDVALUE OFFSHORE SOLUTIONS, INC., | |
| Nominal Defendant | |

## SUNIL BHATIA'S STATUS REPORT

Pursuant to this Court's order of June 10, 2020 (Dkt. 147), Plaintiff Sunil Bhatia by and through his undersigned counsel submits the following status report:

Following the parties' July 1, 2020, telephonic meet and confer regarding what historical data Plaintiff should have access to from the Google AdWords account in order for Plaintiff to supplement his responses to the interrogatories at issue regarding trade secret information, and what vendor or other party will execute the data retrieval, Plaintiff's counsel exchanged various emails and correspondence with Defendant's counsel, in an effort to determine if Defendant was willing to provide the requested reports and information and also agree to the third-party vendors Plaintiff proposed to extract the reports and information.

In an effort to move things forward and in anticipation of filing a joint status report, attorney Bisbikis asked attorney Christensen on July 7, 2020 whether Defendant planned to respond to his last letter on these issues dated July 6, 2000. (*See* Exhibit A)

Attorney Christensen immediately responded with: "I am also very busy right now. I will let you know if I can get back to you." (*See* Exhibit B).

By the end of the day on July 7, 2020, attorney Bisbikis still had not received a response from attorney Christensen, *and still hasn't as of present*. Nonetheless, counsel for Plaintiff sent counsel for all Defendants a proposed joint status report for review and comment. (*See* Exhibit C).

On July 8, 2020 at approximately 9:29am, attorney Christensen responded to the email enclosing the proposed joint status report and stated "I am working on this today. I will provide my input later." (*See* Exhibit D).

At approximately 4:24pm, attorney Christensen sent a subsequent email stating his refusal to submit a joint status report claiming, in part, that Bhatia's proposed joint status report was "barren of factual detail" and that "there is not time to attempt to work out what I believe are fundamental differences in approach." Instead, with flagrant disregard for your Honor's order, attorney Christensen informed Plaintiff's counsel that he would be submitting his *own* report. (*See* Exhibit E).

Approximately one hour later, attorney Christensen filed his own nine-page status report with 18 supporting exhibits. (Dkt. 153).

Plaintiff submits that attorney Christensen's actions in filing his own status report rather than providing comments to Plaintiff's counsel's proposed joint status report violate the letter and spirit of your Honor's order.

We have reviewed Vaswani's status report and disagree with his blatant mischaracterizations. We recognize that a status report is not the time nor place to address the various misstatements and mischaracterizations in his report, therefore, Plaintiff will not say anything more than that we disagree and reserve the right to respond, should this Court feel a response is necessary.

The bottom line is that there are 6 pre-defined Google AdWords reports and other information Plaintiff requested be extracted from the Google AdWords account by either of two independent third parties Plaintiff proposed. Counsel for Defendant chose not to respond and instead proceeded to file a status report that is argumentative and riddled with mischaracterizations.

Accordingly, Plaintiff provides a status report below. The report below is, verbatim, the proposed joint status report that was sent to Plaintiff's counsel on July 7, 2020 at 5:47pm.

**I. Magistrate Judge Jantz' June 10, 2020 Order For the Parties to Meet and Confer**

Following the telephonic hearing, Magistrate Judge Jantz ordered the parties to meet and confer regarding what historical data Plaintiff should have access to from the Google Adwords account in order for Plaintiff to supplement the interrogatory responses at issue regarding the trade secret information, and what vendor or other party will execute the data retrieval. (Dkt. 147). The parties were then instructed to file a joint status report updating Magistrate Judge Jantz on the matters addressed above.

1. On June 24, 2020, counsel for Raju Vaswani sent counsel for Sunil Bhatia a letter enclosing (1) an excel spreadsheet containing a complete report of all data from Google Adwords as of June 18, 2020; (2) an excel spreadsheet containing a full keyword report for the last 3 years from Google Adwords as of June 18, 2020; (3) consolidated annual reports from MedValue's

Google Adwords account for 2017, 2018, 2019, and January-May, 2020; and (4) sample monthly reports from MedValue's Google Adwords account for the months of September 2019 to January 2020.

2.   On June 26, 2020, the parties set a meet and confer for July 1, 2020.

3.   In preparation for the meet and confer, counsel for Sunil Bhatia, John Bisbikis, sent a letter to counsel for Raju Vaswani, Tom Christensen. Plaintiff requested a limited number of reports and information from the MedValue Google Adwords account which was summarized on "Exhibit A" to the letter and listed below:

   1. The following predefined reports for each of the identified time periods:

      - Predefined reports > Basic > Campaign Details
      - Predefined reports > Basic > Ad Group Details
      - Predefined reports > Basic > Search Keywords
      - Predefined reports > Basic > Audience
      - Predefined reports > Basic > Ad
      - Predefined reports > Locations > Geographic

   Time Periods:
      -   From the start of the account through July 23, 2017
      -   From the start of the account through July 26, 2017
      -   From the start of the account through September 16, 2017
      -   From the start of the account through October 23, 2017
      -   From October 23, 2017 to present.

   2. A list of the Account's negative keywords.

   3. An export of the current configuration of the account: A CSV file containing the data to show the current configuration of the account.

   4. Copies of any historical exports of the account configuration made from July 23, 2017 to present.

   5. Export Change History Report, from July 23, 2016 to present.

4.   On July 1, 2020, counsel for Sunil Bhatia and counsel for Raju Vaswani conducted a telephonic "meet and confer" regarding the pre-defined reports requested by Plaintiff. Per the

parties' discussions, Mr. Christensen indicated he would provide a current list of negative keywords, an export of the account's current configuration, and an export of the change history report from July 23, 2016 to present. Mr. Christensen indicated he would have to consult with his client regarding the production of any pre-defined reports and copies of any historical exports of the account configuration made from July 23, 2017 to present.

5.   Following the telephonic meet and confer, counsel for Sunil Bhatia sent an email to counsel for Raju Vaswani memorializing the call. In that email, Mr. Bisbikis noted that the parties ran short on time and did not discuss what third-party vendor could be used to obtain and provide the reports. Mr. Bisbikis requested Defendant to provide a list of any third-party vendor they would like Plaintiff to take under consideration.

6.   On July 2, 2020, counsel for Raju Vaswani, sent a follow-up email in which he attached a zip file containing negative key words and change history in excel.

7.   In response to Defense counsel's July 2, 2020 letter, counsel for Sunil sent a letter on July 6, 2020 addressing Defendant's concerns and requests for clarifications. In addition, Plaintiff contended that the zip file was not sufficient as it was not extracted and produced by a neutral third-party vendor, as ordered by Magistrate Judge Jantz.

8.   Lastly, a third-party vendor has not been selected as of date. Plaintiff has provided Defendant with the names of two vendors to run the reports and retrieve the requested information. Defendant has not confirmed whether they are going to agree to the requests and haven't responded to Plaintiff's proposals for a third party vendor. Accordingly, it is still unknown which third-party vendor will extract the requested files and how long that process will take.

### II. Judge Dow's Ruling on Plaintiff's Motion for Reconsideration

On or about September 25, 2019, the Court dismissed numerous state law claims in this case for lack of subject matter jurisdiction, including state law claims in Plaintiff's complaint and claims in Defendant's first amended counterclaim against Sunil Bhatia and third-party complaint against Varsha Bhatia.

On or about October 24, 2019, Plaintiff moved for reconsideration of the dismissal of his state-law claims against Defendant.

On July 1, 2020, the Court granted Sunil's motion, in part, and reinstated Sunil's state law claims in Counts V through VIII in the second amended complaint (Dkt. 152). The Court also reinstated counts I, II, III and V in Raju's first amended counterclaim and third-party complaint.

Plaintiff contends, in light of Judge Dow's recent decision,that the landscape of the case has changed significantly. Because the information Plaintiff asked for in discovery applies to both the newly reinstated claims and the trade secret claims, discovery should proceed. Defendant's argument that they do not need to provide discovery responses until the trade secrets are identified with sufficient particularity is moot.

Dated: July 8, 2020                        Respectfully submitted,

                        */s/ John G. Bisbikis*

                        Michael I. Leonard
                        John G. Bisbikis
                        Rebecca S. Chacko
                        LEONARDMEYER LLP
                        120 North LaSalle, Suite 2000
                        Chicago, Illinois 60602
                        (312) 380-6559
                        mleonard@leonardmeyerllp.com
                        jbisbikis@leonardmeyerllp.com
                        rchacko@leonardmeyerllp.com
                        *Attorneys for Plaintiff, Sunil Bhatia*

## **CERTIFICATE OF SERVICE**

The undersigned states that, on July 8, 2020, she caused the above to be served on

Defendants' counsel of record by way of ECF filing it.


By: /s/ *Rebecca S. Chacko*

# EXHIBIT A

**From:** John Bisbikis <jbisbikis@leonardmeyerllp.com>
**Sent:** Tuesday, July 7, 2020 1:42 PM
**To:** Tom Christensen <tchristensen@huckbouma.com>
**Cc:** Mike Leonard <mleonard@leonardmeyerllp.com>; Jenna Wadulak <jwadulak@huckbouma.com>; Timothy D. Elliott <TElliott@rathjewoodward.com>; Natalie White <NWhite@huckbouma.com>
**Subject:** Bhatia v. Vaswani


Tom: I received your email and letter yesterday. I am presently preparing for a hearing in another case tomorrow and am then going to be out of town for about 10 days. We will respond to your letter within 30 days.


Please let me know if you plan to respond to my letter from yesterday afternoon concerning the meet-and-confer and the reports and information we are requesting.


Sincerely,


John

# EXHIBIT B

From: **Tom Christensen** <tchristensen@huckbouma.com>
Date: Tue, Jul 7, 2020 at 1:43 PM
Subject: RE: Bhatia v. Vaswani
To: John Bisbikis <jbisbikis@leonardmeyerllp.com>
CC: Mike Leonard <mleonard@leonardmeyerllp.com>, Jenna Wadulak <jwadulak@huckbouma.com>, Timothy D. Elliott <TElliott@rathjewoodward.com>, Natalie White <NWhite@huckbouma.com>

I am also very busy right now.  I will let you know if I can get back to you.

*Thomas A. Christensen*

*Senior Director*

# HUCK BOUMA$^{PC}$

ATTORNEYS AT LAW

Upload Files Here



http://huckbouma.com/Page/ThomasAChristensen

https://www.facebook.com/HuckBoumaPC

1755 South Naperville Road, Suite 200, Wheaton, IL 60189

Phone: 630.221.1755 | Direct: 630.344.1152 | Fax: 630.221.1756 | E-mail:tchristensen@huckbouma.com

Please visit our website at: www.huckbouma.com

*Confidentiality Notice:  The information contained in this email and/or any file transmitted with it, is intended only for the personal and confidential use of the designated recipients to whom they are addressed. If the reader of this message is not the intended recipient or an agent responsible for delivering it, you are hereby notified that you have received this document in error, and that any review, disclosure, dissemination, distribution or copying of this message or the taking of any action in reliance on its contents, is strictly prohibited. If you have received this communication in error, please notify the originator immediately.*

**From:** John Bisbikis <jbisbikis@leonardmeyerllp.com>
**Sent:** Tuesday, July 7, 2020 1:42 PM
**To:** Tom Christensen <tchristensen@huckbouma.com>
**Cc:** Mike Leonard <mleonard@leonardmeyerllp.com>; Jenna Wadulak <jwadulak@huckbouma.com>; Timothy D. Elliott <TElliott@rathjewoodward.com>; Natalie White <NWhite@huckbouma.com>
**Subject:** Bhatia v. Vaswani

Tom:  I received your email and letter yesterday.  I am presently preparing for a hearing in another case tomorrow and am then going to be out of town for about 10 days.  We will respond to your letter within 30 days.

Please let me know if you plan to respond to my letter from yesterday afternoon concerning the meet-and-confer and the reports and information we are requesting.


Sincerely,


John

# EXHIBIT C

 Gmail                                        **Rebecca Chacko <rchacko@leonardmeyerllp.com>**

___

# Bhatia v. Vaswani - Joint Status Report
10 messages

**Rebecca Chacko** <rchacko@leonardmeyerllp.com>                        Tue, Jul 7, 2020 at 5:47 PM
To: Mike Leonard <mleonard@leonardmeyerllp.com>, John Bisbikis <jbisbikis@leonardmeyerllp.com>, Tom Christensen
<tchristensen@huckbouma.com>, "Timothy D. Elliott" <telliott@rathjewoodward.com>, Jenna Wadulak
<jwadulak@huckbouma.com>

Counsel,

Per Magistrate Judge Jantz' order, the parties are to submit a joint status report updating her on the issues discussed
during the June 10th hearing. Attached please find a draft joint status report.

Please redline any revisions or additions so they can be easily identified by all parties. If you have any questions or
concerns, please let me know.

Thanks,
Rebecca Chacko

--

**IIILEONARDMEYER**
R E B E C C A   C H A C K O  I  A S S O C I A T E
o.  312.943.4888
www.leonardmeyerllp.com

📄 **7.7.2020_Bhatia v. Vaswani Joint Status Report.docx**
   103K

# EXHIBIT D

 Gmail

**Rebecca Chacko <rchacko@leonardmeyerllp.com>**

## Bhatia v. Vaswani - Joint Status Report

**Tom Christensen** <tchristensen@huckbouma.com>                                Wed, Jul 8, 2020 at 9:29 AM
To: Rebecca Chacko <rchacko@leonardmeyerllp.com>, Mike Leonard <mleonard@leonardmeyerllp.com>, John Bisbikis
<jbisbikis@leonardmeyerllp.com>, "Timothy D. Elliott" <telliott@rathjewoodward.com>, Jenna Wadulak
<jwadulak@huckbouma.com>

John and Mike,

I am working on this today.  I will provide my input later today.

*Thomas A. Christensen*

*Senior Director*

 Huck Bouma<sup>PC</sup>

Attorneys At Law

Upload Files Here

AV PREEMINENT
Martindale-Hubbell
Peer Rated for Highest Level
of Professional Excellence

http://huckbouma.com/Page/ThomasAChristensen

https://www.facebook.com/HuckBoumaPC

1755 South Naperville Road, Suite 200, Wheaton, IL 60189

Phone: 630.221.1755 | Direct: 630.344.1152 |  Fax: 630.221.1756 | E-mail:
tchristensen@huckbouma.com

Please visit our website at: www.huckbouma.com

***Confidentiality Notice:*** *The information contained in this email and/or any file transmitted with it, is intended only for the personal
and confidential use of the designated recipients to whom they are addressed. If the reader of this message is not the intended
recipient or an agent responsible for delivering it, you are hereby notified that you have received this document in error, and that any
review, disclosure, dissemination, distribution or copying of this message or the taking of any action in reliance on its contents, is
strictly prohibited. If you have received this communication in error, please notify the originator immediately.*

[Quoted text hidden]

# EXHIBIT E

 **Gmail**

**Rebecca Chacko <rchacko@leonardmeyerllp.com>**

---

## Bhatia v. Vaswani - Joint Status Report

**Tom Christensen <tchristensen@huckbouma.com>**                    Wed, Jul 8, 2020 at 4:23 PM
To: Rebecca Chacko <rchacko@leonardmeyerllp.com>, Mike Leonard <mleonard@leonardmeyerllp.com>, John Bisbikis
<jbisbikis@leonardmeyerllp.com>, "Timothy D. Elliott" <telliott@rathjewoodward.com>, Jenna Wadulak
<jwadulak@huckbouma.com>

Counsel,

I reviewed the joint status report that you sent me at almost 6:00 the day before it was due.  Respectfully, it is completely
barren of factual detail which we believe the Court needs to address the matters at hand, and there is not time to attempt
to work out what I believe are fundamental differences in approach. Accordingly, we will be submitting our own report later
today.

*Thomas A. Christensen*

*Senior Director*

# HUCK BOUMA$^{PC}$

ATTORNEYS AT LAW

[Upload Files Here](Upload Files Here)



http://huckbouma.com/Page/ThomasAChristensen

https://www.facebook.com/HuckBoumaPC

1755 South Naperville Road, Suite 200, Wheaton, IL 60189

Phone: 630.221.1755 | Direct: 630.344.1152 | Fax: 630.221.1756 | E-mail:
tchristensen@huckbouma.com

Please visit our website at: www.huckbouma.com

---

***Confidentiality Notice:***  *The information contained in this email and/or any file transmitted with it, is intended only for the personal
and confidential use of the designated recipients to whom they are addressed. If the reader of this message is not the intended
recipient or an agent responsible for delivering it, you are hereby notified that you have received this document in error, and that any
review, disclosure, dissemination, distribution or copying of this message or the taking of any action in reliance on its contents, is
strictly prohibited. If you have received this communication in error, please notify the originator immediately.*

---

**From:** Rebecca Chacko <rchacko@leonardmeyerllp.com>
**Sent:** Tuesday, July 7, 2020 5:47 PM