IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SUNIL BHATIA, derivatively on behalf of MEDVALUE OFFSHORE SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RAJU VASWANI, an individual, KARAN VASWANI, an individual, ASSIVO, INC. (f/k/a MV OUTSOURCING, INC.), an Illinois Corporation, <br><br> Defendants, <br><br> and <br><br> MEDVALUE OFFSHORE SOLUTIONS, INC., <br><br> Nominal Defendant | Case No. 1:18-cv-02387 <br><br> Honorable <br> Magistrate Judge Jantz <br><br> JURY TRIAL DEMANDED |

## MOTION TO SUBSTITUTE ATTORNEYS

Sunil Bhatia (herein "Plaintiff"), by and through his attorneys, Regas, Frezados & Dallas LLP, for his Motion to Substitute Attorneys, pursuant to Local Rule 83.17, states as follows:

1. Plaintiff is currently represented by Leonard Meyer, LLP.

2. Plaintiff has retained Regas, Frezados & Dallas LLP to be his attorneys in this matter, and moving forward, Plaintiff desires to be represented by Regas, Frezados & Dallas LLP instead of Leonard Meyer, LLP.

3. Accordingly, Plaintiff requests permission to substitute the appearance of Regas, Frezados & Dallas LLP, which are attached hereto as "Exhibit A," for the appearance of Leonard Meyer, LLP, as the attorneys for Plaintiff in the above entitled case.

WHEREFORE, Plaintiffs respectfully request that this Court:

A. grant Leonard Meyer, LLP leave to withdraw its appearance of record instanter;

B. grant Regas, Frezados & Dallas LLP leave to file its appearance of record on behalf of Plaintiff instanter; and

C. grant such further or additional relief as the Court may deem just and equitable.

Regas, Frezados & Dallas LLP

By: /s/ Steven M. Dallas
Attorneys for Plaintiff

Steven M. Dallas 6303138   stevend@rfd-law.com
William D. Dallas 6186780   wdd@rfd-law.com
Regas, Frezados & Dallas LLP
20 N. Clark St., Ste. 1103
Chicago, IL 60602
(312) 236-4400

## CERTIFICATE OF SERVICE

The undersigned that on August 21, 2020, I caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois Plaintiff's Motion for Extension of Time to Respond to File Plaintiff's Motion Pursuant to Federal Rule of Civil Procedure 56(d) using the Court's ECF system, which automatically results in the transmission, by e-mail to all parties in this action who have registered use the ECF in the Northern District of Illinois, of a notice of electronic filing that constitutes service, pursuant to the general order issued by this Court and the Federal Rules of Civil Procedure.

[x]  Under penalty of perjury, I certify
     that the statements set forth
     forth herein are true and correct.    /s/ Steven M. Dallas
                                           Signature

## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Bhatia v. Vaswani

Case Number: Case No. 1:18-cv-02387

An appearance is hereby filed by the undersigned as attorney for:
Plaintiff Sunil Bhatia

Attorney name (type or print): Steven M. Dallas

Firm: Regas, Frezados & Dallas LLP

Street address: 20 N. Clark St., Ste. 1103

City/State/Zip: Chicago, IL 60602

Bar ID Number: 6303138
(See item 3 in instructions)

Telephone Number: (312) 236-4400

Email Address: stevend@rfd-law.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | | ✓ |
| Are you acting as local counsel in this case? | | ✓ |
| Are you a member of the court's trial bar? | ✓ | |
| If this case reaches trial, will you act as the trial attorney? | | ✓ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 8/21/20

Attorney signature: S/ Steven M. Dallas
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015

EXHIBIT A

## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Bhatia v. Vaswani

Case Number: Case No. 1:18-cv-02387

An appearance is hereby filed by the undersigned as attorney for:
Plaintiff Sunil Bhatia

Attorney name (type or print): William D. Dallas

Firm: Regas, Frezados & Dallas LLP

Street address: 20 N. Clark St., Ste. 1103

City/State/Zip: Chicago, IL 60602

Bar ID Number: 6186780
(See item 3 in instructions)

Telephone Number: (312) 236-4400

Email Address: wdd@rfd-law.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ✓ No |
| Are you a member of the court's trial bar? | ✓ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ✓ Yes | ☐ No |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 8/21/20

Attorney signature: S/ William D. Dallas
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015