**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SUNIL BHATIA, derivatively on behalf of MEDVALUE OFFSHORE SOLUTIONS, INC., | Case No. 1:18-cv-02387 |
| Plaintiff, | Honorable Judge Dow |
| v. | Honorable Magistrate Judge Jantz |
| RAJU VASWANI, an individual, KARAN VASWANI, an individual, ASSIVO, INC. (f/k/a MV OUTSOURCING, INC.), an Illinois Corporation, | JURY TRIAL DEMANDED |
| Defendants, | |
| and | |
| MEDVALUE OFFSHORE SOLUTIONS, INC., | |
| Nominal Defendant | |

**PLAINTIFF'S MOTION FOR ACCESS TO SEALED DOCUMENTS**

Plaintiff, Sunil Bhatia ("Sunil"), by his attorneys, Regas, Frezados & Dallas LLP, for his motion for access to sealed documents, states as follows:

1. The undersigned counsel represents Plaintiff in this matter and, accordingly, requires access to sealed documents filed in this lawsuit.

2. On February 28, 2020, a sealed motion and exhibits thereto were filed in this action. (Doc. #: 121-124).

3. On August 24, 2020, this Court granted the undersigned counsel leave to file their substitute appearances. (Doc. #: 180).

4. On August 25, 2020, the undersigned counsel filed their substitute appearances. (Doc. #: 182, 183).

5. The confidentiality order entered in this action does not restrict attorneys for the parties from viewing confidential information. Confidentiality Order, ¶ 5(B)(1). (Doc. #: 109).

6. Court personal indicate that an order from the Court is required in order to provide counsel with access to the sealed documents. A true and correct copy of the correspondence from court personnel is attached hereto as "Exhibit A."

WHEREFORE, Plaintiff requests that this Court enter an order providing his attorneys of record, Steven M. Dallas and William D. Dallas, with access to sealed documents in this action and grant such further or other relief as the Court deems just and equitable.

                                                Regas, Frezados & Dallas LLP

                                                By:/s Steven M. Dallas
                                                        Attorneys for Plaintiff

Steven M. Dallas 6303138    stevend@rfd-law.com
William D. Dallas 6186780    wdd@rfd-law.com
Regas, Frezados & Dallas LLP
20 N. Clark St., Ste. 1103
Chicago, IL 60602
(312) 236-4400

## CERTIFICATE OF SERVICE

The undersigned that on September 17, 2020, I caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois Plaintiff's Motion for Access to Sealed Documents using the Court's ECF system, which automatically results in the transmission, by e-mail to all parties in this action who have registered use the ECF in the Northern District of Illinois, of a notice of electronic filing that constitutes service, pursuant to the general order issued by this Court and the Federal Rules of Civil Procedure.

[T]    Under penalty of perjury, I certify
       that the statements set forth
       forth herein are true and correct.    /s Steven M. Dallas
                                                                        Signature

# Steven Dallas

**From:** Carolyn Hoesly <Carolyn_Hoesly@ilnd.uscourts.gov>
**Sent:** Thursday, September 17, 2020 3:15 PM
**To:** Tiana Davis; Steven Dallas
**Subject:** RE: Sealed Filings in Bhatia v. Vaswani Case No. 18-cv-2387

A motion will need to be file and an court order will need to be entered. Please see Judge Dow's web page for available dates and times under NOTICE.

*Kind regards,*
*Carolyn*

> *True wisdom comes to each of us when we realize how little we understand about life, ourselves, and the world around us."*
>     Socrates

Carolyn Hoesly
Courtroom Deputy to the Honorable Robert M. Dow, Jr.
U.S. District Court for the Northern District of Illinois
219 S. Dearborn Street, Room 2308A
Chicago, IL 60604
312-435-5668


**From:** Tiana Davis <Tiana_Davis@ilnd.uscourts.gov>
**Sent:** Thursday, September 17, 2020 3:11 PM
**To:** Steven Dallas <stevend@rfd-law.com>
**Cc:** Carolyn Hoesly <Carolyn_Hoesly@ilnd.uscourts.gov>
**Subject:** RE: Sealed Filings in Bhatia v. Vaswani Case No. 18-cv-2387

Hi Steven,

For access to sealed filings we would need a court order authorizing access. I am including Judge Dow's crd on the email.

Tiana Davis
Operations Supervisor
US District Court for the Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604
312-435-6040

**Your opinion is important to us** Click Here to take our Customer Service Survey

**From:** Steven Dallas <stevend@rfd-law.com>
**Sent:** Thursday, September 17, 2020 3:08 PM

1



**To:** Tiana Davis <Tiana_Davis@ilnd.uscourts.gov>
**Subject:** Sealed Filings in Bhatia v. Vaswani Case No. 18-cv-2387

Hello Ms. Davis,

I am an attorney in the matter referenced above. I filed my substitute appearance on August 25, 2020 (Doc. #: 182). I need to access sealed documents filed on February 28, 2020, prior to my appearance. (Doc. #: 121-124). My understanding is that, as attorney of record for Plaintiff in this case, I should be able to access these filings using my CMC/ECF login information. However, when I attempt to do so the system indicates that I do not have permission.

Would you please inform me of what steps I need to take to obtain access to these documents. This issue is time sensitive, so any effort you can make to expedite a response is greatly appreciated. Thank you.

Best Regards,
Steven