IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SUNIL BHATIA, derivatively on behalf of MEDVALUE OFFSHORE SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RAJU VASWANI, an individual, KARAN VASWANI, an individual, ASSIVO, INC. (f/k/a MV OUTSOURCING, INC.), an Illinois Corporation, <br><br> Defendants, <br><br> and <br><br> MEDVALUE OFFSHORE SOLUTIONS, INC., <br><br> Nominal Defendant | Case No. 1:18-cv-02387 <br><br> Honorable Judge Dow <br><br> Honorable Magistrate Judge Jantz <br><br> JURY TRIAL DEMANDED |

## PLAINTIFF'S STATUS REPORT

1. Pursuant to this Court's order (Doc. #: 181), on Friday, September 18, 2020, the parties held a meet and confer. On Tuesday, September 22, 2020, the parties held a follow up conference at 3:45 p.m. That conference lasted approximately thirty minutes. During the conference, Plaintiff's counsel agreed to draft an initial joint status report and circulate it. Shortly thereafter, at 5:49 p.m., Plaintiff sent the draft joint status report attached hereto as "Exhibit A" to Defendants, as well as the email attached hereto as "Exhibit B."

2. At 8:28 p.m. on September 22, 2020, defendant Raju Vaswani emailed Sunil Bhatia the login credentials for the Google AdWords account and an agreement between MedValue and New Jupiter Media. Raju Vaswani copied all counsel on this email.

1

3.	At 2:48 p.m. on Wednesday, September 23, 2020, Defendants' counsel sent an email, which is attached hereto as "Exhibit C" and a revised draft of the report, which is attached hereto as "Exhibit D." A redline of the revised draft report, which Defendants also provided, is attached hereto as "Exhibit E." At 3:01 p.m. on that date, Plaintiff's counsel responded by email indicating that the draft was not acceptable and requesting that Defendants' counsel call him to discuss. Shortly thereafter, Plaintiff's counsel called both of Defendants' counsel by phone and left a message with each requesting that they call him. At 4:21 p.m., Raju's counsel contacted Plaintiff's counsel. Plaintiff's counsel indicated that he was willing to agree to the revisions Defendants' counsel had made to the portion of the report that Defendants' labeled "Plaintiff's Update." Plaintiff's counsel indicated that he was further willing to consider agreeing to the inclusion of a very brief summary of the four pages of argument Defendants' counsel added to the joint status report. The parties were unable to reach an agreement.

4.	This Court's Order (Doc. # 181) directs a joint status report to be filed on September 23, 2020. Plaintiff's counsel understands that this submission is unacceptable as a joint status report. However, under the circumstances, Plaintiff does not know how to further comply with the Court's order within the time set. Plaintiff views the arguments set forth in the joint status report as improper for a joint status report. Even if they were proper, because of the facts set forth above, Plaintiff's counsel does not believe that he has had a fair opportunity to respond to them.

                         Regas, Frezados & Dallas LLP

                         By: /s/ Steven M. Dallas
                             Attorneys for Plaintiff

Steven M. Dallas 6303138   stevend@rfd-law.com
William D. Dallas 6186780   wdd@rfd-law.com
Regas, Frezados & Dallas LLP
20 N. Clark St., Ste. 1103
Chicago, IL 60602
(312) 236-4400

## **CERTIFICATE OF SERVICE**

      The undersigned that on September 23, 2020, I caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois Plaintiff's Status Report using the Court's ECF system, which automatically results in the transmission, by e-mail to all parties in this action who have registered use the ECF in the Northern District of Illinois, of a notice of electronic filing that constitutes service, pursuant to the general order issued by this Court and the Federal Rules of Civil Procedure.

[X]    Under penalty of perjury, I certify that the statements set forth forth herein are true and correct.    /s/ Steven M. Dallas_____
                                                                                                Signature