32474-1

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| SUNIL BHATIA, Individually, and derivatively On behalf of MEDVALUE OFFSHORE SOLUTIONS, INC., <br><br>　　　　Plaintiff, <br><br>v. <br><br>RAJU VASWANI, an individual, KARAN VASWANI, an individual, and ASSIVO, INC. (f/k/a MV OUTSOURCING, INC.), an Illinois Corporation, <br><br>　　　　Defendants. | Case No. 18-cv-02387 <br><br>Hon. Robert M. Dow Jr., Presiding |

**DEFENDANT, RAJU VASWANI'S, SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE HIS AMENDED MOTION FOR PARTIAL SUMMARY JUDGMENT, AMENDED STATEMENT OF MATERIAL FACTS IN SUPPORT OF HIS AMENDED MOTION FOR PARTIAL SUMMARY JUDGMENT, AND AMENDED MEMORANDUM OF LAW IN SUPPORT OF HIS MOTION FOR PARTIAL SUMMARY JUDGMENT**

NOW COMES Defendant, Raju Vaswani ("Raju"), by and through his undersigned counsel, and for his Second Unopposed Motion for Extension of Time to file his Amended Motion for Partial Summary Judgment, Amended Statement of Material Facts in Support of His Amended Motion for Partial Summary Judgment, and Amended Memorandum of Law in Support of His Amended Motion for Partial Summary Judgment, states as follows:

1. Raju filed his Motion for Partial Summary Judgment on July 24, 2020 (Dkt No. 167), and his Memorandum of Law and Statement of Material Facts in support of his Motion for Partial Summary Judgment on July 22, 2020 (Dkt. No. 163 and 165) (collectively, the "Partial MSJ"). The Partial MSJ is a targeted motion relative to Counts I through IV of Plaintiff, Sunil Bhatia's ("Sunil"), Second Amended Complaint ("SAC") (Dkt. No. 44).

2. On September 16, 2020, Sunil filed a Motion to Allow Time to Complete Discovery and for Other Relief Pursuant to Federal Rule of Civil Procedure 56(d) (Dkt. No. 192), which was granted over objection on October 7, 2020 (Dkt. No. 205).

3. Thereafter, on September 23, 2020, Sunil filed a Motion to Reopen Discovery (Dkt. No. 199), which was granted over objection on October 7, 2020 (Dkt. No. 205).

4. Subsequently thereto, at the hearing on October 20, 2020, Raju was granted leave to file a revised Partial MSJ within seven (7) days, or on or before, October 27, 2020 (Dkt. No. 211). Following the hearing, numerous crucial and undisputed material facts surfaced which required Raju to seek additional time to amend the Partial MSJ. Thus, on October 29, 2020, Raju filed his first Unopposed Motion for Extension of Time (Dkt. No. 213), which was granted (Dkt. No. 218).

5. Since that time, the parties have been engaged in discovery pursuant to Court Order. Since discovery is ongoing, Raju requires additional time to file his amended Partial MSJ.

6. On November 25, 2020, via e-mail exchange, Sunil's counsel agreed to an extension of time of sixty (60) days for the filing of an amended Partial MSJ.

7. This is Raju's second request for an extension of time to file an amended Partial MSJ.

8. Federal Rule of Civil Procedure 6(b)(1) provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) With or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires."

9. In this case, given the status of discovery, good cause exists for the extension sought.

WHEREFORE, Defendant, Raju Vaswani, respectfully requests that this Honorable Court grant an extension of 60 days, up to and including February 1, 2021, for the filing of Defendant, Raju Vaswani's, Amended Motion for Partial Summary Judgment, Amended Statement of Material Facts in Support of His Amended Motion for Partial Summary Judgment, and Amended Memorandum of Law in Support of His Amended Motion for Partial Summary Judgment, and award such other and further relief as is equitable and just.

        Respectfully submitted,

        RAJU VASWANI

        By: /s/ Thomas A. Christensen
            One of His Attorneys

Thomas A. Christensen (ARDC No. 6215881)
Jenna N. Wadulak (ARDC No. 6309859)
HUCK BOUMA PC
1755 S. Naperville Road, Suite 200
Wheaton, Illinois 60189
(630) 221-1755
tchristensen@huckbouma.com
jwadulak@huckbouma.com

**CERTIFICATE OF FILING AND SERVICE**

I, Thomas A. Christensen, certify as follows under penalty of perjury this 30th day of November, 2020:

1. I filed *Defendant, Raju Vaswani's, Second Unopposed Motion for Extension of Time to File His Amended Motion for Partial Summary Judgment, Amended Statement of Material Facts in Support of His Amended Motion for Partial Summary Judgment, and Amended Memorandum of Law in Support of His Motion for Partial Summary Judgment,* by filing it with the Clerk of the Court via electronic means on November 30, 2020.

2. I served *Defendant, Raju Vaswani's, Second Unopposed Motion for Extension of Time to File His Amended Motion for Partial Summary Judgment, Amended Statement of Material Facts in Support of His Amended Motion for Partial Summary Judgment, and Amended Memorandum of Law in Support of His Motion for Partial Summary Judgment,* by filing it with the Clerk of the Court via electronic means, which electronic filing constitutes service by virtue of local rule 5.9.

/s/ Thomas A. Christensen

R:\32000s\32400-32499\32474-1\Pleadings\201130 - Motion for Extension of Time.docx