IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SUNIL BHATIA, derivatively on behalf of MEDVALUE OFFSHORE SOLUTIONS, INC., <br><br>　　　　　　Plaintiff,<br><br>v.<br><br>RAJU VASWANI, an individual, KARAN VASWANI, an individual, ASSIVO, INC. (f/k/a MV OUTSOURCING, INC.), an Illinois Corporation,<br><br>　　　　　　Defendants,<br><br>and<br><br>MEDVALUE OFFSHORE SOLUTIONS, INC.,<br><br>　　　　　　Nominal Defendant | Case No. 1:18-cv-02387<br><br>Honorable Judge Dow<br><br>Honorable<br>Magistrate Judge Jantz<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME
TO ISSUE CERTAIN DISCOVERY**

Sunil Bhatia (herein "Plaintiff"), by his attorneys, Regas, Frezados & Dallas LLP, for his Motion for Extension of Time to Issue Certain Discovery, states as follows:

1.　　Plaintiff requests that this Court extend the time for Plaintiff to issue subpoenas to clients of MedValue Offshore Solutions, Inc. until 28 days after all Defendants have responded to the written discovery issued by Plaintiff.

2.　　Federal Rule of Civil Procedure 6(b)(1) states that when an act may or must be done within a specified time, the court may, for good cause, extend the time: . . . with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires . . . .

3. By this Court's order and agreement of the parties, the deadline to issue written discovery and third-party subpoenas is December 14, 2020.

4. Plaintiff has issued written discovery to Defendants in this action which requests information relating to clients of MedValue. Plaintiff believes that this information or information similar thereto is also in the possession of clients of MedValue.

5. In order to avoid involving MedValue's clients in this litigation, Plaintiff wishes to attempt to obtain the information relating to clients of MedValue directly from the parties. However, in the event that Plaintiff is unable to do so, Plaintiff requests leave to issue third-party subpoenas to clients of MedValue.

WHEREFORE, Plaintiff requests that this Court extend the time for Plaintiff to issue third-party subpoenas to clients of MedValue until 28 days after Defendants have responded to the written discovery issued by Plaintiff.

Regas, Frezados & Dallas LLP

By: /s/ Steven M. Dallas
Attorneys for Plaintiff

Steven M. Dallas 6303138    stevend@rfd-law.com
William D. Dallas 6186780    wdd@rfd-law.com
Regas, Frezados & Dallas LLP
20 N. Clark St., Ste. 1103
Chicago, IL 60602
(312) 236-4400

## **CERTIFICATE OF SERVICE**

The undersigned that on December 14, 2020, I caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois Plaintiff's Motion for Extension of Time to Issue Certain Discovery using the Court's ECF system, which automatically results in the transmission, by e-mail to all parties in this action who have registered use the ECF in the Northern District of Illinois, of a notice of electronic filing that constitutes service, pursuant to the general order issued by this Court and the Federal Rules of Civil Procedure.

[T]  Under penalty of perjury, I certify
that the statements set forth
forth herein are true and correct.    /s/ Steven M. Dallas_____
                                      Signature