**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SUNIL BHATIA, derivatively on behalf of MEDVALUE OFFSHORE SOLUTIONS, INC., | |
| | Case No. 1:18-cv-02387 |
| Plaintiff, | Honorable Judge Dow |
| v. | Honorable Magistrate Judge Jantz |
| RAJU VASWANI, an individual, KARAN VASWANI, an individual, ASSIVO, INC. (f/k/a MV OUTSOURCING, INC.), an Illinois Corporation, | JURY TRIAL DEMANDED |
| Defendants, | |
| and | |
| MEDVALUE OFFSHORE SOLUTIONS, INC., | |
| Nominal Defendant | |

**JOINT STATUS REPORT**

Sunil Bhatia (herein "Plaintiff"), by his attorneys, Regas, Frezados & Dallas LLP, Raju Vaswani (herein "Raju"), by his attorneys, Huck Bouma PC, and Karan Vaswani (herein "Karan") and Assivo, Inc. (herein "Assivo"), by their attorneys Rathje Woodward LLC, for their Joint Status Report, state as follows:

On October 7, 2020, the Court entered an order providing for a discovery schedule. (Doc. #: 205). The Court ordered Plaintiff to supplement his response to Defendants' trade secret interrogatories by October 21, 2020, and Plaintiff has supplemented this response. The parties subsequently conferred, and Plaintiff agreed to further amend his supplemental response to Defendants' trade secret interrogatories, which Plaintiff did on December 18, 2020. Defendants

1

contend that Plaintiff has still not produced a list of MedValue's alleged trade secrets and the factual basis that can qualify such information as trade secrets. Defendants wish to meet and confer with Plaintiff one more time before renewing their objection to Plaintiff's response to the trade secret interrogatories.

The Court further ordered the parties to respond to all previously served written discovery by November 23, 2020. Plaintiff has responded to Defendant, Raju Vaswani's, First Set of Requests for Admission, and Defendants have responded to Plaintiff's First Request for Production of Documents to Defendant Raju Vaswani, Plaintiff's First Request for Production of Documents to Defendant Karan Vaswani and Plaintiff's First Set of Interrogatories to Defendant Assivo, Inc. Defendants have asserted objections to Plaintiff's discovery requests, and Plaintiff has asserted objections to Defendant Assivo's discovery requests, and to Defendant Raju's Requests for Admission, and has not produced documents to support his denials of those Requests for Admission. The parties expect to schedule a meet and confer, in compliance with Fed. R. Civ. P. 37, to resolve these differences. If the parties cannot reach an agreement regarding these objections, the parties anticipate filing motions under Rule 37.

The Court also ordered the parties to issue additional discovery requests by December 7, 2020, with answers due by January 6, 2021. The parties have issued additional discovery. Plaintiff/Counter-Defendant and Third-Party Defendant have issued three sets of interrogatories, three sets of production requests and two sets of requests to admit to Defendants/Counter-Plaintiff and Third-Party Plaintiff. Defendants/Counter-Plaintiff and Third-Party Plaintiff have issued four sets of interrogatories, three sets of production requests and three sets of requests to admit to Plaintiff/Counter-Defendant and Third-Party Defendant. The parties have agreed that responses to those outstanding requests will be due January 14, 2021. In the event that the parties require

additional time to respond to outstanding requests, they will attempt to agree or will petition the Court accordingly. Plaintiff has also issued subpoenas to Google, LLC and New Jupiter Media, Inc. Google has responded and raised objections to the subpoena, as has counsel for Defendants Karan Vaswani and Assivo, Inc. Plaintiff will attempt to schedule a meet and confer with the appropriate parties, in compliance with Fed. R. Civ. P. 37, to resolve these differences. If the parties cannot reach an agreement regarding these objections, Plaintiff anticipates filing a motion under Rule 37.

In addition to discovery, there are six dispositive motions that the parties are currently briefing or that are pending ruling by this Court. The dispositive motions pending before this Court, and the briefing schedules where applicable, are as follows:

A. Raju's Motion to Dismiss Counts V, VI, VII and VIII of Plaintiff's Second Amended Complaint (Dkt. No. 159). This Motion has been fully briefed and is awaiting ruling by this Court.

B. Varsha's Motion to Dismiss the First Amended Third-Party Complaint (Dkt. No. 157). This Motion has been fully briefed and is awaiting ruling by this Court.

C. Karan and Assivo's Motion for Judgment on the Pleadings Pursuant to F.R.C.P. 12(c) and Motion to Dismiss Pursuant to F.R.C.P. 12(b)(1) (Dkt. No. 219). Plaintiff's response is due on December 21, 2020. Karan and Assivo's reply is due on January 18, 2021.

D. Raju's Motion for Judgment on the Pleadings Pursuant to F.R.C.P. 12(c) and Motion to Dismiss Pursuant to F.R.C.P. 12(b)(1) (Dkt. No. 221). Plaintiff's response is due on December 21, 2020. Raju's reply is due on January 18, 2021.

E. Assivo's Motion to Dismiss Derivative Counts of Second Amended Complaint Pursuant to F.R.C.P. 23.1 (Dkt. No. 229). Plaintiff's response is due on January 19, 2021. Assivo's reply is due on February 9, 2021.

F. Raju has been granted leave to revise his Motion for Partial Summary Judgment and is expected to file his Amended Motion for Partial Summary Judgment, Amended Statement of Material Facts in Support of His Amended Motion for Partial Summary Judgment, and Amended Memorandum of Law in Support of His Amended Motion for Partial Summary Judgment on February 1, 2021 (Dkt. No. 227).

Additionally, Raju has provided Plaintiff with his Amended Statement of Material Facts so as to provide Plaintiff the opportunity to dispute any material facts or for Plaintiff to identify which material facts it seeks to dispute. Plaintiff has not responded.

The Court's order further directed the parties to propose a schedule and plan for going forward. In light of the outstanding issues with respect to responses to previously issued discovery and the large amount of pending written discovery, the parties propose that the Court schedule a date for the parties to submit a further joint status report, as the parties will be better prepared to propose deadlines for further stages of discovery after they have had additional time to address these matters. The parties suggest January 29, 2021 as the deadline to submit this report.

Finally, the Court's order directs the parties to indicate whether the parties believe that a settlement conference with the Court would be productive at some point in time. The parties do not believe that a settlement conference will be productive at this time.

4

Respectfully submitted,

/s/ Steven M. Dallas
Steven M. Dallas
William D. Dallas
Regas, Frezados & Dallas LLP
20 N. Clark St., Suite 1103
Chicago, IL 60602
(312) 236-4400
stevend@rfd-law.com
wdd@rfd-law.com
Attorneys for Plaintiff, Sunil Bhatia

/s/ Thomas A. Christensen
Thomas A. Christensen
Jenna N. Wadulak
Huck Bouma, PC
1755 South Naperville Road Suite 200
Wheaton, Illinois 60189
(630) 221-1755
tchristensen@huckbouma.com
jwadulak@huckbouma.com
Attorneys for Defendant, Raju Vaswani

/s/ Timothy D. Elliott
Timothy D. Elliott
Rathje Woodward LLC
300 East Roosevelt Road Suite 300
Wheaton, IL 60187
630-668-8500
telliott@rathjewoodward.com
Counsel for Defendants, Karan Vaswani and
Assivo Inc (f/k/a MV Outsourcing, Inc.)