IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SUNIL BHATIA, individually, and derivatively on behalf of MEDVALUE OFFSHORE SOLUTIONS, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:18-cv-02387 |
| v. | ) ) | |
| RAJU VASWANI, an individual, KARAN VASWANI, an individual, ASSIVO, INC. (f/k/a MV OUTSOURCING, INC.), an Illinois Corporation, | ) ) ) ) ) | Hon. Robert M. Dow, Jr. Hon. Beth W. Jantz |
| Defendants. | ) | |

**MOTION TO WITHDRAW**
**LINDSAY K. EASTMAN AS COUNSEL OF RECORD**

Rathje Woodward LLC, counsel for Defendants Karan Vaswani ("Karan") and Assivo, Inc. ("Assivo") (collectively, "Defendants") hereby give notice to the Clerk of Court and counsel of record, that Lindsay K. Eastman is no longer an attorney with Rathje Woodward LLC, and will no longer appear on behalf of the Defendants in the above-captioned case. Attorney Timothy D. Elliott will continue to represent Defendants in the above-captioned litigation.

WHEREFORE, pursuant to Local Rule 83.17, Defendants respectfully request that this Court grant this motion to withdraw Lindsay K. Eastman and remove Lindsay K. Eastman as an attorney of record for Defendants Karan Vaswani ("Karan") and Assivo, Inc. ("Assivo")

Dated: January 5, 2021                    Respectfully submitted,

                                              By: */s/ Timothy D. Elliott*

                                              Timothy D. Elliott
                                              Rathje Woodward LLC
                                              300 E. Roosevelt Road, Ste. 300
                                              Wheaton, Illinois 60187
                                              (630) 668-8500
                                              telliott@rathjewoodward.com

                                              *Attorneys for Defendants*
                                              *Karan Vaswani and Assivo, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2021, I caused the foregoing document to be electronically filed with the Clerk of the Court utilizing the Court's CM/ECF filing system, which will send notification of filing to the counsel of record for the parties:

>*/s/ Timothy D. Elliott*
> Timothy D. Elliott
> *Counsel for Defendants*
> *Karan Vaswani and Assivo, Inc.*