**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SUNIL BHATIA, individually and derivatively on behalf of MEDVALUE OFFSHORE SOLUTIONS, INC., | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| RAJU VASWANI, an individual, KARAN VASWANI, an individual, MV OUTSOURCING, INC., an Illinois Corporation, | ) ) ) Case Number: 1:18-cv-2387 ) |
| Defendants. | ) Honorable Judge Dow ) |
| RAJU VASWANI, individually and derivatively on behalf of MEDVALUE OFFSHORE SOLUTIONS, INC., An Illinois Corporation, | ) Honorable Magistrate Judge Jantz ) ) ) ) |
| Counter-plaintiff and Third-party Plaintiff, | ) ) ) |
| v. | ) ) |
| SUNIL BHATIA, an individual, | ) ) |
| Counter-defendant, | ) ) |
| and | ) ) |
| VARSHA BHATIA, an individual, | ) ) |
| Third-party Defendant. | ) |

**PLAINTIFF'S AND THIRD-PARTY DEFENDANT'S MOTION FOR EXTENSION OF
<u>TIME TO RESPOND TO WRITTEN DISCOVERY</u>**

Sunil Bhatia (herein "Plaintiff") and Varsha Bhatia (herein "Third-Party Defendant"), by their attorneys, Regas, Frezados & Dallas LLP, for their Motion for Extension of Time to Respond to Written Discovery state as follows:

1

1. Federal Rule of Civil Procedure 6(b)(1) states that when an act may or must be done within a specified time, the court may, for good cause, extend the time: . . . with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires . . . .

2. This Court previously ordered the parties to issue all additional written discovery by December 7, 2020 and to respond by January 6, 2021 (Doc. #205). On or around November 23, 2020, the parties agreed to an extension of December 14, 2020 to issue additional written discovery and January 14, 2021 to respond to the additional written discovery.

3. On December 14, 2020, Defendants and Counter-Plaintiff/Third Party Plaintiff issued four sets of interrogatories, three sets of production requests and three sets of requests to admit to Plaintiff and Third-Party Defendant. In total, they issued approximately 80 interrogatories, 224 requests to produce and 169 requests to admit.

4. Plaintiff and Third-Party Defendant anticipated that they would need additional time beyond January 14, 2021 to respond to this considerable volume of discovery, and they informed Defendants and Counter-Plaintiff/Third-Party Plaintiff of this likelihood. Accordingly, the parties' joint status report, filed with the Court on December 22, 2020, (Doc. #: 236) indicated that "In the event that the parties require additional time to respond to outstanding discovery requests, they will attempt to agree or will petition the Court accordingly."

5. In late December of 2020, Plaintiff and Third-Party Defendant's counsel, Steven M. Dallas, contracted Covid-19, which hindered his ability to complete the discovery issued by Defendants and Counter-Plaintiff/Third-Party Plaintiff. Further, the Christmas and New Year's holiday further hindered Plaintiff's and Third-Party Defendant's responses to the discovery issued.

6. In light of the substantial volume of discovery issued and the other matters set forth above, good cause exists to the extend the deadline for Plaintiff and Third-Party Defendant to respond to the written discovery issued to them on December 14, 2020.

7. Plaintiff and Third-Party Defendant will endeavor to complete written discovery by February 11, 2021, although additional time may be necessary.

WHEREFORE, Plaintiff and Third-Party Defendant request that the Court grant an extension to and including February 11, 2021 to complete the written discovery issued to them.

Regas, Frezados & Dallas LLP

By: /s Steven M. Dallas
Attorneys for Plaintiff and Third-Party Defendant

Steven M. Dallas 6303138  stevend@rfd-law.com
William D. Dallas 6186780  wdd@rfd-law.com
Regas, Frezados & Dallas LLP
20 N. Clark St., Ste. 1103
Chicago, IL 60602
(312) 236-4400

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 14, 2021, I caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois Plaintiff's and Third Party Defendant's Motion for Extension of Time to Respond to Written Discovery using the Court's ECF system, which automatically results in the transmission, by e-mail to all parties in this action who have registered use the ECF in the Northern District of Illinois, of a notice of electronic filing that constitutes service, pursuant to the general order issued by this Court and the Federal Rules of Civil Procedure.

[T]  Under penalty of perjury, I certify that the statements set forth forth herein are true and correct.   /s/ Steven M. Dallas
Signature