**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SUNIL BHATIA, individually and derivatively on behalf of MEDVALUE OFFSHORE SOLUTIONS, INC., | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| RAJU VASWANI, an individual, KARAN VASWANI, an individual, MV OUTSOURCING, INC., an Illinois Corporation, | ) ) ) Case Number: 1:18-cv-2387 ) Hon. Robert M. Dow, Jr., Presiding |
| Defendants. | ) ) Hon. Beth W. Jantz, Magistrate Judge |
| RAJU VASWANI, individually and derivatively on behalf of MEDVALUE OFFSHORE SOLUTIONS, INC., An Illinois Corporation, | ) ) ) ) ) |
| Counter-Plaintiff and Third-Party Plaintiff, | ) ) ) |
| v. | ) ) |
| SUNIL BHATIA, an individual, | ) ) |
| Counter-Defendant, | ) ) |
| and | ) ) |
| VARSHA BHATIA, an individual, | ) ) |
| Third-Party Defendant. | ) |

**PLAINTIFF'S MOTION FOR CLARIFICATION REGARDGING THIS COURT'S
<u>DECEMBER 22, 2020 ORDER</u>**

1

Plaintiff, Sunil Bhatia, individually and derivatively on behalf of MedValue Offshore Solutions, Inc. ("Plaintiff"), by his attorneys, Regas, Frezados & Dallas LLP, for his motion for clarification of the Court's December 22, 2020 order states as follows:

1. On December 22, 2020, this Court entered an order (Doc. # 237) providing in part "Any objections to written discovery, following an appropriate meet and confer, are due by 01/29/21."

2. Plaintiff has scheduled a meet and confer with opposing counsel regarding their responses to Plaintiff's discovery and, if necessary, Plaintiff intends to file appropriate motions under Rule 37 by January 29, 2021.

3. Plaintiff has also been in contact with two third-parties to which Plaintiff has issued subpoenas: Google, LLC and New Jupiter Media.

4. Plaintiff has met and conferred with Google, LLC, who has indicated that it intends to stand on its objection to the production of any subpoenaed documents until Plaintiff has, at least, moved to compel production of those documents from defendants and has been unsuccessful in doing so. Google, LLC has further taken the position that any litigation with respect to its subpoena must be conducted in the Northern District of California.

5. To date, the only documents Plaintiff has received in response to its discovery requests are a Corporation File Detail Report from the Illinois Secretary of State for Assivo, Inc., a 2017 tax return for Assivo, Inc. and a small number of documents previously produced in support of a motion for extension filed by Raju Vaswani (Doc. #: 212-213) and in response to a correspondence Plaintiff sent regarding Fed. R. Civ. P. 11.

6. Accordingly, Plaintiff intends to resolve its outstanding discovery issues with defendants before filing any motion against Google, LLC under Rule 37, unless Plaintiff is required to file a motion by January 29, 2021.

7. Respondent New Jupiter Media has not objected to Plaintiff's subpoena and recently indicated that it is working to provide the documents requested by the subpeona, but needs more time. Accordingly, Plaintiff intends to continue to work with New Jupiter Media, unless Plaintiff is required to file a motion by January 29, 2021.

8. For these reasons, Plaintiff requests that the Court clarify the portion of its December 22, 2020 order that provides "Any objections to written discovery, following an appropriate meet and confer, are due by 01/29/21." More specifically, Plaintiff requests that the Court (1) confirm that the language requires Plaintiff to file motions compel with respect to any of defendants' discovery objections by January 29, 2021, in the event that Plaintiff is unable to resolve the objections without Court action, and (2) to confirm whether the language is limited to discovery objections asserted by defendants or whether it applies to discovery issues with third-party subpoena respondents.

WHEREFORE, Plaintiff respectfully requests that the Court clarify its December 22, 2020 order and grant such further or other relief as it deems just and equitable.

    Regas, Frezados & Dallas LLP

    By: /s Steven M. Dallas
        Attorneys for Plaintiff

Steven M. Dallas 6303138    stevend@rfd-law.com
William D. Dallas 6186780   wdd@rfd-law.com
Regas, Frezados & Dallas LLP
20 N. Clark St., Ste. 1103
Chicago, IL 60602
(312) 236-4400

## **CERTIFICATE OF SERVICE**

        The undersigned certifies that on January 26, 2021, I caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois Plaintiff's Motion for Clarification Regarding This Court's December 22, 2020 Order using the Court's ECF system, which automatically results in the transmission, by e-mail to all parties in this action who have registered use the ECF in the Northern District of Illinois, of a notice of electronic filing that constitutes service, pursuant to the general order issued by this Court and the Federal Rules of Civil Procedure.

| | | |
|---|---|---|
| [T] | Under penalty of perjury, I certify that the statements set forth forth herein are true and correct. |  /s/ Steven M. Dallas_____<br>Signature |