IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SUNIL BHATIA, individually, and derivatively on behalf of MEDVALUE OFFSHORE SOLUTIONS, INC., | ) ) ) ) | Case No. 18-cv-02387 |
| Plaintiff, | ) ) ) | Hon. Robert M. Dow Jr., Presiding |
| v. | ) ) ) | |
| RAJU VASWANI, an individual, KARAN VASWANI, an individual, and ASSIVO, INC. (f/k/a MV OUTSOURCING, INC.), an Illinois Corporation, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**MOTION OF TIMOTHY D. ELLIOTT
TO WITHDRAW AS COUNSEL
FOR KARAN VASWANI AND ASSIVO, INC.**

Timothy D. Elliott of Rathje Woodward LLC respectfully moves this Court, pursuant to Local Rule 83.17, to withdraw as counsel for Defendants Karan Vaswani and Assivo, Inc. ("Defendants"). In support of said motion, Timothy D. Elliott states as follows:

1. On April 30, 2018, Timothy D. Elliott entered his appearance for Defendants (Dkt. 8).

2. In accordance with Rule 1.16(b) of both the Model Rules of the American Bar Association and the Illinois Rules of Professional Conduct, the undersigned has concluded that professional considerations, including considerations under Illinois Rule 1.16(b)(1) and (4)-(7), including fundamental disagreement between counsel and client, require termination of his representation of Defendants.

1

3. The undersigned does not believe that withdrawal at this time will prejudice the interests of any party and or delay these proceedings. Currently pending before this Court are six motions. Five of those are fully briefed and under advisement before the Court. The sixth (which is currently being briefed) does not involve Defendants. The parties are also currently engaged in fact discovery. Plaintiff has filed a motion to compel, but that motion has not yet been noticed and there is no briefing schedule set on it.

4. Attached to this motion is a Local Rule 83.17 Notification of Party Contact Information form for Defendants.

WHEREFORE, Timothy D. Elliott respectfully requests leave to withdraw his appearance for Defendants Karan Vaswani and Assivo, Inc. and that this Court allow Defendants Karan Vaswani and Assivo, Inc. the appropriate time to obtain new counsel to enter an appearance.

Dated: February 26, 2021                              Respectfully submitted,


/s/ Timothy D. Elliott
Timothy D. Elliott
RATHJE WOODWARD LLC
300 E. Roosevelt Road, Ste. 300
Wheaton, IL 60187
Phone (630) 668-8500
Fax (630) 668-9218
Email: telliott@rathjewoodward.com