# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SUNIL BHATIA, individually and derivatively on behalf of MEDVALUE OFFSHORE SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RAJU VASWANI, an individual, KARAN VASWANI, an individual, ASSIVO, INC. (f/k/a MV OUTSOURCING, INC.), an Illinois Corporation, <br><br> Defendants. | Case No: 1:18-cv-2387 <br><br> Honorable Robert M. Dow, Jr., Presiding <br><br> Honorable Beth W. Jantz, Magistrate Judge |
| RAJU VASWANI, individually and derivatively on behalf of MEDVALUE OFFSHORE SOLUTIONS, INC., an Illinois Corporation, <br><br> Counter-Plaintiff and Third-Party Plaintiff, <br><br> v. <br><br> SUNIL BHATIA, an individual, <br><br> Counter-Defendant, <br><br> and VARSHA BHATIA, an individual, <br><br> Third-Party Defendant. | |

**DEFENDANTS AND COUNTER/THIRD-PARTY PLAINTIFF'S UNOPPOSED
MOTION FOR EXTENSION OF DISCOVERY DEADLINES**

Defendant and Counter/Third-Party Plaintiff Raju Vaswani ("Raju"), Defendant Karan Vaswani ("Karan"), and Defendant Assivo, Inc. ("Assivo") (collectively, "Defendants"), through their undersigned attorneys, hereby respectfully move the Court for a 30-day extension of existing

discovery deadlines in this matter, and that the deadline for Raju to file a revised partial summary judgment motion be lifted without prejudice to his right to file a motion for summary judgment at a later date. In support thereof, Defendants state as follows:

1. On February 26, 2021, former counsel for Karan and Assivo filed a motion for leave to withdraw as counsel. (Doc. No. 283). On March 2, 2021, former counsel for Raju filed a motion for leave to withdraw as counsel. (Doc. Nos. 286, 288). These motions to withdraw were granted by Judge Dow on March 9, 2021. (Doc. No. 299).

2. On March 3, 2021, undersigned counsel filed their appearances for Defendants. Since being retained by Defendants, undersigned counsel has begun reviewing the extensive docket, pleadings, discovery, and other relevant background documents in this matter. However, given the number of current discovery issues that are currently pending before the Court, Defendants respectfully request a 30-day extension of time on the existing discovery deadlines so that undersigned counsel has sufficient time to analyze the pleadings and discovery and respond with revised discovery responses as appropriate. Defendants also request that the Court lift the deadline for Raju to file a revised partial summary judgment motion, so that the motion can be filed after substantial discovery is completed.

3. Defendants understand the current discovery deadlines exist in this matter are as follows:

    a. March 16, 2021: Deadline for Defendants to file any discovery motions. (Doc. No. 279).

    b. March 17, 2021: Hearing on Plaintiff Sunil Bhatia's ("Plaintiff") motions to compel Defendants to answer written discovery and Third-Party Defendant

                    Varsha Bhatia's ("Third-Party Defendant") motion to compel Raju to answer written discovery. (Doc. Nos. 280, 281, 282, 300).

      c. April 1, 2021: Deadline for Raju to file a revised motion for partial summary judgment and supporting materials. (Doc. No. 269).

      d. April 9, 2021: Deadline for the parties to issue third-party subpoenas. (Doc. No. 274).

4. Defendants respectfully request that these deadlines be reset as follows:

      a. April 15, 2021: Deadline for Defendants and Third-Party Plaintiff to file any discovery motions.

      b. [A date to be set by the Court after April 2, 2021]: Hearing on Plaintiff and Third-Party Defendant's motions to compel Defendants to answer written discovery, and presentment of any discovery motions filed by Defendants.

      c. May 3, 2021: Deadline for the parties to issue third-party subpoenas.

5. Granting Defendants' request for an extension of time to file any discovery motions will allow undersigned counsel to review Plaintiff and Third-Party Defendant's discovery responses and objections, review the documents produced to date, and confer with counsel for Plaintiff and Third-Party Defendant in an effort to find areas of compromise. This effort will hopefully allow the parties to find areas of compromise that will obviate or limit the need for Defendants to file motions to compel.

6. Granting Defendants' request for an extension of time to hold a hearing on Plaintiff and Third-Party Defendant's motions to compel will allow undersigned counsel to supplement Defendants' discovery responses as appropriate, and meet and confer with counsel for Plaintiff, in an effort to obviate or limit the Court's involvement in the existing discovery disputes. To that

end, Defendants have agreed to supplement their written discovery responses and document production by April 2, 2021. To the extent Plaintiff and Third-Party Defendant believe there remain deficiencies in Defendants' supplemental discovery responses, and a compromise cannot be reached, the requested extension will allow Defendants sufficient time to respond to Plaintiff and Third-Party Defendant's motions in writing prior to the Court's hearing on the motions.

7. Granting Defendants' request for an extension on the deadline to issue third-party subpoenas will allow undersigned counsel sufficient time to come up to speed on the issues in the case, in order to determine if any additional third-party discovery is warranted.

8. Finally, granting Raju's request that the deadline for Raju to file a revised motion for partial summary judgment be lifted, without prejudice to his right to file a motion for summary judgment at a later date, will allow the parties to complete targeted and relevant discovery in light of the above requested extensions, prior to engaging in summary judgment briefing.

9. Undersigned counsel conferred with Plaintiff's counsel via phone on March 12, 2021, and Plaintiff's counsel indicated that they do not oppose the relief requested by Defendants in this motion. In light of Defendants' agreement to supplement their written discovery responses and document production by April 2, 2021, Plaintiff agrees to enter and continue their motions to compel to a date after April 2, 2021, as set by the Court and to the extent such motions remain necessary.

10. Defendants make this request in good faith and not for purposes of delay. Defendants make this request in an effort to narrow the outstanding discovery issues that need to be presented to the Court, and to allow undersigned counsel sufficient time to come up to speed on the discovery related issues in this matter.

WHEREFORE, for the reasons set forth herein, Defendants respectfully request that the Court reset the existing discovery deadlines as set forth above, and provide any other relief that the Court deems just and necessary.

Dated: March 12, 2021                     Respectfully submitted,

                                                         JAYARAM LAW, INC.

                                                        By: /s/ Vivek Jayaram

                                                        Vivek Jayaram
                                                        Elizabeth Austermuehle
                                                        Palak V. Patel
                                                        125 S. Clark Street, Suite 1175
                                                        Chicago, IL 60603
                                                        Phone: 312-212-8676
                                                        vivek@jayaramlaw.com
                                                        liz@jayaramlaw.com
                                                        palak@jayaramlaw.com

                                                        *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2021, a true and correct copy of the foregoing instrument was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Vivek Jayaram