IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SUNIL BHATIA, individually and derivatively on behalf of MEDVALUE OFFSHORE SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RAJU VASWANI, an individual, KARAN VASWANI, an individual, ASSIVO, INC., an Illinois Corporation, <br><br> Defendants. <br>_____ <br> RAJU VASWANI, individually and derivatively on behalf of MEDVALUE OFFSHORE SOLUTIONS, INC., An Illinois Corporation, <br><br> Counter-plaintiff and Third-party Plaintiff, <br><br> v. <br><br> SUNIL BHATIA, an individual, <br><br> Counter-defendant, <br><br> and <br><br> VARSHA BHATIA, an individual, <br><br> Third-party Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case Number: 1:18-cv-2387 <br> ) Hon. Robert M. Dow, Jr., Presiding <br> ) <br> ) Hon. Beth W. Jantz, Magistrate Judge <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties to this litigation, by and through their respective attorneys, voluntarily withdraw all of their respective claims and stipulate that this case be dismissed in its entirety with prejudice, with each party to bear his/its

own fees and costs. To implement the foregoing voluntary withdrawal and dismissal with prejudice, the parties submit an Agreed Order with this motion.

*It is agreed and so stipulated as of this 11th day of March, 2022.*

| | |
|---|---|
| /s    Steven M. Dallas | /s    Ian J. Block |
| Attorneys for Plaintiff, Counter-Defendant and Third-Party Defendant<br>Steven M. Dallas<br>stevend@rfd-law.com<br>Regas, Frezados & Dallas LLP<br>20 N. Clark St., Ste. 1103<br>Chicago, IL 60602<br>(312) 236-4400 | Attorneys for Defendants, Counter-Plaintiff and Third-Party Plaintiff<br>Ian J. Block<br>iblock@nge.com<br>Neal, Gerber & Eisenberg, LLP<br>Two North LaSalle Street Suite 1700<br>Chicago, IL 60602<br>(312) 269-2960 |