**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SUNIL BHATIA, individually and derivatively on behalf of MEDVALUE OFFSHORE SOLUTIONS, INC., <br><br>         Plaintiff, <br><br>     v. <br><br> RAJU VASWANI, an individual, KARAN VASWANI, an individual, ASSIVO, INC., an Illinois Corporation, <br><br>         Defendants. <br>_____ <br> RAJU VASWANI, individually and derivatively on behalf of MEDVALUE OFFSHORE SOLUTIONS, INC., An Illinois Corporation, <br><br> Counter-plaintiff and <br> Third-party Plaintiff, <br><br>     v. <br><br> SUNIL BHATIA, an individual, <br><br>         Counter-defendant, <br><br>     and <br><br> VARSHA BHATIA, an individual, <br><br>         Third-party Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case Number: 1:18-cv-2387 <br> ) Hon. Robert M. Dow, Jr., Presiding <br> ) <br> ) Hon. Beth W. Jantz, Magistrate Judge <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **AGREED ORDER**

By agreement of the parties, it is hereby ordered:

This cause coming before the Court by the agreement of the parties, the parties having reported to the Court that this case has been settled pursuant to a written settlement agreement, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED:**

1. Plaintiff's Verified Second Amended Complaint, Counter-Plaintiff's and Third-Party Plaintiff's First Amended Counterclaim and Third Party Complaint, and all other claims by any party pending in this action, as well as any potential claims by any party arising out of the factual circumstances giving rise to this litigation, are hereby dismissed with prejudice. Each party shall bear its own costs.

2. This Court shall retain jurisdiction to enforce the terms of the written settlement agreement between the parties.

Entered:

_____

Judge

Agreed:

/s     Steven M. Dallas
Attorneys for Plaintiff, Counter-Defendant
and Third-Party Defendant
Steven M. Dallas
stevend@rfd-law.com
Regas, Frezados & Dallas LLP
20 N. Clark St., Ste. 1103
Chicago, IL 60602
(312) 236-4400

/s     Ian J. Block
Attorneys for Defendants, Counter-Plaintiff
and Third-Party Plaintiff
Ian J. Block
iblock@nge.com
Neal, Gerber & Eisenberg, LLP
Two North LaSalle Street Suite 1700
Chicago, IL 60602
(312) 269-2960